# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1825

**Short Case Caption:** Receivership Estate of AudienceScience Inc. v. Google LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Google LLC; YouTube, LLC

| | | |
|---|---|---|
| **Principal Counsel:** Matthias Kamber | | Admission Date: 11/7/2003 |
| Firm/Agency/Org.: Paul Hastings LLP | | |
| Address: 101 California St., Fl. 48<br>San Francisco, CA 94111 | | |
| Phone: (415) 856-7050 | | Email: matthiaskamber@paulhastings.com |
| **Other Counsel:** Robert Unikel | | Admission Date: 12/10/2009 |
| Firm/Agency/Org.: Paul Hastings LLP | | |
| Address: 71 South Wacker Drive<br>Suite 4500, Chicago, IL 60606 | | |
| Phone: (312) 499-6030 | | Email: robertunikel@paulhastings.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/3/24

Signature: /s/ Matthias Kamber

Name: Matthias Kamber

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| | |
|---|---|
| **Other Counsel:** Andrea Roberts | Admission Date: 6/18/2013 |
| Firm/Agency/Org.: Paul Hastings LLP | |
| Address: 1117 S. California Ave., Palo Alto, CA 94304-1106 | |
| Phone: (650) 320-1870 | Email: andrearoberts@paulhastings.com |
| **Other Counsel:** Michael Wolfe | Admission Date: 8/29/2017 |
| Firm/Agency/Org.: Paul Hastings LLP | |
| Address: 2050 M Street NW, Washington, DC 20036 | |
| Phone: (202) 551-1732 | Email: michaelwolfe@paulhastings.com |
| **Other Counsel:** Vladimir Semendyai | Admission Date: 12/4/2017 |
| Firm/Agency/Org.: Paul Hastings LLP | |
| Address: 2050 M Street NW, Washington, DC 20036 | |
| Phone: (202) 551-1932 | Email: vladimirsemendyai@paulhastings.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |