# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1825

**Short Case Caption:** Receivership Estate of AudienceScience Inc. v. Google LLC

**Filing Party/Entity:** Google LLC; YouTube, LLC

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| NDCA | 5:22-cv-04756-EJD | Civil - Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the district court's order invalidating all asserted patent claims.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The district court found all asserted claims ineligible under 35 U.S.C. § 101 and entered judgment for Defendants.

**Briefly describe the judgment/order appealed from:**

The district court's order granting Defendants' motion for judgment on the pleadings on May 2, 2024.

**Nature of judgment (select one):**     **Date of judgment:** 5/2/24

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the district court properly applied the Alice framework and this Court's related jurisprudence in granting Defendants' motion for judgment on the pleadings.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes  ☑ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☐ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☐ Yes  ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

Explain.

To date, Plaintiff has made no effort to try to resolve the case, other than that the parties agreed to private mediation during the course of the district court case. No such mediation had been scheduled at the time of the final judgment.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 6/3/24      Signature: /s/ Matthias Kamber

Name: Matthias Kamber

Save for Filing